463 A.2d 31

Commonwealth v. Johnson, Jr., Appellant.

Submitted November 4, 1982. David H. Kubert, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Order affirmed.

463 A.2d 31

Commonwealth v. Jones, Appellant.

Submitted April 13, 1983. John J. Fioravanti, Jr., Assistant Public Defender, for appellant; Michael J. Kane, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Judgment of sentence affirmed.